Case 2:25-cr-00233-CLM-GMB   Document 95   Filed 05/28/25   Page 1 of 2

FILED
2025 May-28 AM 10:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

USA v. EDDIE JONES ET. AL.                                       2:25-cr-00233-CLM-GMB

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | | REC'D. COND. OR LTD. | RECEIVED | **USA v. Eddie Jones et. al. – Det. Hearing 5/15/2025**<br>2:25-cr-00233-CLM-GMB<br><br>GOVERNMENT –<br><br>Alan Kirk, AUSA<br>Allison Garnett, AUSA<br><br>DEFENDANTS –<br><br>LaNicholas Rollins<br>Randy Dempsey, Defense Counsel<br><br>Juan Miguel Nation<br>Charles Linton, Defense Counsel<br><br>Juan Pierre Nation<br>Dale Jones, Defense Counsel<br><br>Demetrius Preyer<br>Scott Brower, Defense Counsel<br><br>Devante McKinney<br>Adolph ("Buddy") Dean, Defense Counsel<br><br>Sammuel Gulley<br>Derek Drennan, Defense Counsel<br><br><br>COURT – Honorable Judge Gray M. Borden<br><br>**EXHIBIT LIST OF GOVERNMENT** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | | DESCRIPTION |
| | 1 | 5/15/25 | | | | | | | | 5/15/25 | Phone Extraction Data for Miguel Nation |
| | 2 | 5/15/25 | | | | | | | | 5/15/25 | State Indictments for Damien McDaniel |
| | 3 | 5/15/25 | | | | | | | | 5/15/25 | Photos of Cocaine and Guns for Miguel Nation Residence |
| | 4 | 5/15/25 | | | | | | | | 5/15/25 | Ariel Surveillance Video for Pierre Nation<br>IMG_0040.MOV |

*USA v. EDDIE JONES ET. AL.*                                           2:25-cr-00233-CLM-GMB

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | 5/15/25 | | | | | | 5/15/25 | Wiretap Call Session 1242<br><br>2162159654 2025-02-08 15-47-33 01242-001.wav |
| 6 | 5/15/25 | | | | | | 5/15/25 | Wiretap Call Session 1242 Line Sheet |
| 7 | 5/15/25 | | | | | | 5/15/25 | Wiretap Call Session 2843<br><br>2162159654 2025-03-06 11-14-40 02843-001.wav |
| 8 | 5/15/25 | | | | | | 5/15/25 | Wiretap Call Session 2843 Line Sheet |
| 9 | 5/15/25 | | | | | | 5/15/25 | Photos of Shotgun, Revolver, Counterfeit Money and Drugs located during Search of Devante McKinney Residence and Vehicle |
| 10 | 5/15/25 | | | | | | 5/15/25 | Photos of Guns and Fentanyl from Search of Sammuel Gulley Residence |
| 11 | 5/15/25 | | | | | | 5/15/25 | ATF Trace Report for Ruger Handgun |
| 12 | 5/15/25 | | | | | | 5/15/25 | ATF Trace Report for Glock Handgun |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |