```
2:25-cr-00233-CLM-GMB

5/15/25  HEARING

GOVT EXHIBIT NO. 1
```

---

**From:** +12059229310 (owner)
**To:** +12054221215

**Got a couple hoes coming**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/5/2024 1:55:18 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/5/2024 1:55:17 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1936CEA (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

---

**From:** +12059229310 (owner)
**To:** +12054221215

**762 223/556 300 black out 40 & 9**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/7/2024 2:24:03 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/7/2024 2:24:02 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1957F8D (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

---

**From:** +12059229310 _$!<Other>!$_ (owner)
**To:** +12054221215 Miguel 2 #

**762 223/556 300 black out 40 & 9**

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 Miguel 2 # | 7/7/2024 2:24:03 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/7/2024 2:24:02 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1957F8D (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

From: +12054221215
To: +12059229310 (owner)

got the bullet

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/9/2024 3:00:58 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2024 3:00:27 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1970944 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

From: +12054221215
To: +12059229310 (owner)

got the bullet

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/9/2024 3:00:58 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2024 3:00:27 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1970944 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

From: +12059229310 (owner)
To: +12054221215

U got all of em

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/9/2024 3:01:04 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/9/2024 3:01:03 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1970744 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

From: +12059229310 _$!<Other>!$_ (owner)
To: +12054221215 Miguel 2 #

U got all of em

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 Miguel 2 # | 7/9/2024 3:01:04 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/9/2024 3:01:03 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1970744 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

---

From: +12054221215
To: +12059229310 (owner)

ya

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/9/2024 3:08:13 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2024 3:01:29 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1970506 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

---

From: +12054221215
To: +12059229310 (owner)

ya

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/9/2024 3:08:13 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2024 3:01:29 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1970506 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

**From:** +12054221215
**To:** +12059229310 (owner)

230

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/9/2024 3:08:13 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2024 3:01:37 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1970316 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

**From:** +12054221215
**To:** +12059229310 (owner)

230

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/9/2024 3:08:13 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2024 3:01:37 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1970316 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

**From:** +12059229310 (owner)
**To:** +12054221215

Bet send me a pic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/9/2024 3:08:19 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/9/2024 3:08:19 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1971F8D (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

**From:** +12059229310 _$!<Other>!$_ (owner)
**To:** +12054221215 Miguel 2 #

Bet send me a pic

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 Miguel 2 # | 7/9/2024 3:08:19 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/9/2024 3:08:19 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1971F8D (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

---

**From:** +12054221215
**To:** +12059229310 (owner)

facetime me

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/9/2024 3:17:02 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2024 3:10:05 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1971D49 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

---

**From:** +12054221215 Miguel 2 #
**To:** +12059229310 _$!<Other>!$_ (owner)

facetime me

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 _$!<Other>!$_ | | 7/9/2024 3:17:02 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2024 3:10:05 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1971D49 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

**From:** +12054221215
**To:** +12059229310 (owner)

otw to hood

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/9/2024 6:44:12 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2024 6:43:54 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1971685 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

**From:** +12054221215
**To:** +12059229310 (owner)

otw to hood

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/9/2024 6:44:12 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2024 6:43:54 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1971685 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

**From:** +12059229310 (owner)
**To:** +12054221215

I'm out hea

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/9/2024 6:44:16 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/9/2024 6:44:16 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x197148D (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

From: +12059229310 (owner)
To: +12054221215

I'm out hea

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/9/2024 6:44:16 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/9/2024 6:44:16 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x197148D (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

From: +12059229310 (owner)
To: +12054221215

I can Apple Pay u?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/9/2024 6:44:23 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/9/2024 6:44:23 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x197125D (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

From: +12059229310 _$!<Other>!$_ (owner)
To: +12054221215 Miguel 2 #

I can Apple Pay u?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 Miguel 2 # | 7/9/2024 6:44:23 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/9/2024 6:44:23 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x197125D (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

**From:** +12054221215 Miguel 2 #
**To:** +12059229310 _$!<Other>!$_ (owner)

cash

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 _$!<Other>!$_ | | 7/9/2024 6:44:33 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2024 6:44:28 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1972F83 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

---

**From:** +12054221215
**To:** +12059229310 (owner)

cash

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/9/2024 6:44:33 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2024 6:44:28 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1972F83 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

---

**From:** +12059229310 _$!<Other>!$_ (owner)
**To:** +12054221215 Miguel 2 #

Ima have to go grab sum Ian bring nun out

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 Miguel 2 # | 7/9/2024 6:44:47 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/9/2024 6:44:47 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1972D99 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

24

From: +12059229310 (owner)
To: +12054221215

Ima have to go grab sum Ian bring nun out

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/9/2024 6:44:47 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/9/2024 6:44:47 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1972D99 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

From: +12059229310 (owner)
To: +12054221215

Or u can stop by the house and grab it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/9/2024 6:44:57 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/9/2024 6:44:57 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1972B2F (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

From: +12059229310 (owner)
To: +12054221215

Or u can stop by the house and grab it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/9/2024 6:44:57 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/9/2024 6:44:57 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1972B2F (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

**From:** +12054221215
**To:** +12059229310 (owner)

gone apple pay it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/9/2024 6:49:02 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2024 6:46:38 PM(UTC-5)

**Source Info:**
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19728C3 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

---

**From:** +12054221215
**To:** +12059229310 (owner)

gone apple pay it

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/9/2024 6:49:02 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/9/2024 6:46:38 PM(UTC-5)

**Source Info:**
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19728C3 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

---

**From:** +12059229310 (owner)
**To:** +12054221215

10 boxes of 223 but I want the green tios or the best ones they got 3 boxes of 300 black out best ones they got & 3 boxes of 7.62

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/14/2024 2:26:48 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/14/2024 2:26:39 PM(UTC-5)

**Source Info:**
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19CDD45 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

26

**From:** +12059229310 (owner)
**To:** +12054221215

10 boxes of 223 but I want the green tios or the best ones they got 3 boxes of 300 black out best ones they got & 3 boxes of 7.62

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/14/2024 2:26:48 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/14/2024 2:26:39 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19CDD45 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

---

**From:** +12054221215
**To:** +12059229310 (owner)

he ain't answer may be tm

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/14/2024 4:27:54 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/14/2024 4:27:32 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19D1D91 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

---

**From:** +12054221215 Miguel 2 #
**To:** +12059229310 _$!<Other>!$_ (owner)

he ain't answer may be tm

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 _$!<Other>!$_ | | 7/14/2024 4:27:54 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/14/2024 4:27:32 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19D1D91 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

From: +12059229310 _$!<Other>!$_ (owner)
To: +12054221215 Miguel 2 #

Ight

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 Miguel 2 # | 7/14/2024 4:28:01 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/14/2024 4:28:00 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19D194B (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

From: +12059229310 _$!<Other>!$_ (owner)
To: +12054221215 Miguel 2 #

Ight

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 Miguel 2 # | 7/14/2024 4:28:01 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/14/2024 4:28:00 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19D194B (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

From: +12054221215 Miguel 2 #
To: +12059229310 _$!<Other>!$_ (owner)

got like 35-40 223 green tip

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 _$!<Other>!$_ | | 7/14/2024 4:39:02 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/14/2024 4:28:41 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19D1723 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

From: +12054221215
To: +12059229310 (owner)

got like 35-40 223 green tip

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/14/2024 4:39:02 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/14/2024 4:28:41 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19D1723 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

From: +12059229310 (owner)
To: +12054221215

Wym

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/14/2024 4:39:18 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/14/2024 4:39:06 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19D2B2B (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

From: +12059229310 (owner)
To: +12054221215

Wym

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/14/2024 4:39:18 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/14/2024 4:39:06 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19D2B2B (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

**From:** +12059229310 (owner)
**To:** +12054221215

That's wat he got ?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/14/2024 4:39:18 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/14/2024 4:39:10 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19D290D (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

---

**From:** +12059229310 (owner)
**To:** +12054221215

That's wat he got ?

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/14/2024 4:39:18 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/14/2024 4:39:10 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19D290D (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

---

**From:** +12059229310 (owner)
**To:** +12054221215

Don't forget them bullets

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/15/2024 10:48:48 AM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/15/2024 10:48:37 AM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x19E18FF (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

From: +12059229310 (owner)
To: +12054221215

Ya KUM on u ready

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | | 7/25/2024 11:16:18 PM(UTC-5) | |

**Status:** Sent
**Platform:**

7/25/2024 11:16:18 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1AC9230 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

---

From: +12054221215
To: +12059229310 (owner)

invite to party

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/25/2024 11:21:50 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/25/2024 11:19:08 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1ACAB07 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

---

From: +12054221215
To: +12059229310 (owner)

invite to party

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/25/2024 11:21:50 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/25/2024 11:19:08 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1ACAB07 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

**From:** +12059229310 (owner)
**To:** +12054221215

Ight

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/25/2024 11:21:52 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/25/2024 11:21:52 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1ACA26B (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

**From:** +12059229310 _$!<Other>!$_ (owner)
**To:** +12054221215 Miguel 2 #

Ight

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 Miguel 2 # | 7/25/2024 11:21:52 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/25/2024 11:21:52 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1ACA26B (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

**From:** +12059229310 (owner)
**To:** +12054221215

KUM on

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/25/2024 11:32:31 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/25/2024 11:32:30 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1ACB8D5 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

From: +12059229310 (owner)
To: +12054221215

KUM on

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 7/25/2024 11:32:31 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

7/25/2024 11:32:30 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1ACB8D5 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)

---

From: +12054221215
To: +12059229310 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/26/2024 7:55:20 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/26/2024 7:30:26 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1AFACE9 (Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

---

From: +12054221215
To: +12059229310 (owner)

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12059229310 | | 7/26/2024 7:55:20 PM(UTC-5) | |

**Status:** Read
**Platform:**

7/26/2024 7:30:26 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x1AFACE9 (Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B (Table: handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61 (Table: message, Size: 2875792 bytes)

From: +12059229310 (owner)
To: +12054221215

Get them straps take em down dear house wit the car

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 | 10/5/2024 12:03:23 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

10/5/2024 12:03:22 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x20A5916
(Table: message, handle, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61
(Table: message, Size: 2875792 bytes)

From: +12059229310 _$!<Other>!$_ (owner)
To: +12054221215 Miguel 2 #

Get them straps take em down dear house wit the car

**Priority:** Normal

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +12054221215 Miguel 2 # | 10/5/2024 12:03:23 PM(UTC-5) | | |

**Status:** Sent
**Platform:**

10/5/2024 12:03:22 PM(UTC-5)

Source Info:
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x20A5916
(Table: message, Size: 45150208 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db-wal : 0x2A6E61
(Table: message, Size: 2875792 bytes)
00008120-000079A20E68201E_files_partial-afu.zip/private/var/mobile/Library/SMS/sms.db : 0x31152B
(Table: handle, Size: 45150208 bytes)