## Linesheet

| Case: GL-24-0046 | Target: EDDIE JERRY JONES 3 | Line: 2162159654 | File Number: |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Session:** | 2843 | **Classification:** | Pertinent | **Direction:** | Incoming |
| **Date:** | 03/06/2025 | **Content:** | Audio | **Associate DN:** | (205) 756-5181 |
| **Start Time:** | 11:14:40 CST | **Primary Language:** | Unknown | **In/Out Digits:** | 12057565181 |
| **Stop Time:** | 11:15:06 CST | **Complete:** | Completed | **Subscriber:** | |
| **Duration:** | 00:00:26 | **Monitor ID:** | RAYMOND.J.BA... | **Participants:** | JONES 3, EDDIE JERRY |

### Auto Transcript- English

Case #:GL-24-0046   Page of 2   Session #:2843

2162159654 2843 Telephony 3~6 11~14~40 0AA3EB2A

DISTRICT OFFICE

```
CASE #:          GL-24-0046
LINE ID:         2162159654
ASSOCIATE_DN:    2057565181
SESSION #:       2843
DIRECTION:       INCOMING
DATE:  03/06/2025
START TIME:      11:14:40 CST
STOP TIME:       11:15:06 CST
DURATION:        00:00:26
LANGUAGE:        UNKNOWN
TRANSLATED BY:
REVIEWED BY:     BAKANE
PARTICIPANTS:    Juan Pierre NATION and Eddie JONES
```

PARTICIPANTS
TRANSCRIPTION

JONES
Doc


Juan Pierre NATION
What's happening with ya

Linesheet                                              User:  RAYMOND BAKANE

| Case: GL-24-0046 | Target: EDDIE JERRY JONES 3 | Line: 2162159654 | File Number: |
|---|---|---|---|

JONES
What up baby

Juan Pierre NATION
Shit nothing man need an old BG

JONES
A Big

Juan Pierre NATION
Yeah

JONES
Alright, let me call Miguel to get it to you, I'll call you right back

Juan Pierre NATION
Alright

**Synopsis**

Incoming Call from Juan Pierre NATION

JONES: Dawg!

NATION: What's happenin with you?

JONES: What up baby?

NATION: Nothing man, need a uh ole "BG."

Linesheet

User: RAYMOND BAKANE

| Case: GL-24-0046 | Target: EDDIE JERRY JONES 3 | Line: 2162159654 | File Number: |
|---|---|---|---|

JONES: A big?

NATION: Yeah.

JONES: Aight, let me uhh call Miguel to get it to you, I'll call you right back.

NATION: Aight.

Call is terminated.

MB: TMD