

FILED
2025 May-28 AM 10:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

2:25-cr-00233-CLM-GMB
5/15/25 HEARING
GOVT EXHIBIT NO. 10

JENNINGS J-22
.22 L.R.
495414

TAURUS

REMOVE TO EXPOSE ADHESIVE
WITNESSED BY
4/29/25 LEONARD BANKS
OWNER/ POSSESSOR
SIGN
DATE
PRINT
Fold adhesive to
IF RED ADHESIVE AREA
NOTIFY SUBMITTER IMMEDIATELY
TO USE:
IN THE BAG
1) Sealing
will sign, print, and date in designated
above.
2)
Agent/Officer will sign, print and date in designated
above.
of Currency or High Value
in the
space above or
write "REFUSED" if appropriate.
4) Place on flat surface and remove plastic release
from adhesive
5) Fold flap and PRESS CLOSED. Red adhesive
sides of the
6) Write the SSEE serial
the corresponding
EVIDENCE
CASE NUMBER: GL-24-0046
EXHIBIT NUMBER: #24
DATE ACQUIRED: 4/29/2025
LOCATION ACQUIRED: BHAM, AL
ACQUIRED BY:
(Signature and Printed Name) and Name of Agency Acquired from if an Adoption)
SEALED BY:
(Signature and Printed Name)
WITNESSED BY: L.BANKS
(Signature and Printed Name)
DATE OPENED:
OPENED BY:
(Signature and Printed Name)
WITNESSED BY:
(Signature and Printed Name)
LABORATORY USE ONLY BELOW THIS LINE
OPENED BY:
(Signature and Printed Name)
DATE OPENED:
GROSS WEIGHT AFTER ANALYSIS:
RESEALED BY:
(Signature and Printed Name)
DATE RESEALED:
M000414565
265.8