# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: March 26, 2025

2:25-cr-00233-CLM-GMB
5/15/25 HEARING
GOVT EXHIBIT NO. 11

## FIREARMS TRACE SUMMARY

**Trace Number:** T20250139033   **Request Date:** March 19, 2025   **Completion Date:** March 26, 2025

MATT THOMPSON
BIRMINGHAM III FIELD OFFICE
920 18TH STREET NORTH ROOM 214
BIRMINGHAM, AL 35203
PHONE: (205) 583-5970
FAX (205) 583-5971

**Badge No:**   **Investigation No:** 24-19442

### FIREARM INFORMATION
- **Manufacturer:** RUGER
- **Model:** RUGER-57
- **Caliber:** 57
- **Serial Number:** 641-81106
- **Type:** PISTOL
- **Country:** UNITED STATES
- **Importer:**
- **Obliterated:**
- **Identifying Marks:**
- **NIBIN:**
- **Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:** 03/19/2025   **Time to Crime:** 1571 days

3419 BURLINGTON DR
FULTONDALE, AL
UNITED STATES

**Possessor:** EDDIE JERRY JONES
**DOB:** /1977
**POB:** UNITED STATES

### PURCHASER INFORMATION
**Purchase Date:** 11/29/2020

LA NICHOLAS DEMARCO ROLLINS

BIRMINGHAM, AL 35214
UNITED STATES
**DOB:** /1995
**POB:** BIRMINGHAM, AL UNITED STATES
**Race:** BLACK   **Height:** 5 ft 7 in
**Sex:** Male   **Weight:** 210 lbs
**ID 1:** AL DRIVER'S LICENSE:
**ID 2:** SOCIAL SECURITY: 5664

### DEALER INFORMATION   **FFL:** 16337359
JEFF'S SHOOTER SUPPLY/ JSS
17943 GROUND HOG RD
ADGER, AL 35006-0000
**Phone:** (205) 497-3736 Ext:   **Ship-To-Date:** 11/18/2020

**Purchased at Gun Show**
**Gun Show Name:** GREAT SOUTHERN GUN SHOW
**Gun Show Venue:**
**Gun Show Date:**
**Gun Show Address:**

BIRMINGHAM, AL

### ADMINISTRATIVE INFORMATION

**Priority:** ROUTINE
**NCIC Crime Code:** 0099

FIREARM UNDER INVESTIGATION

The information in this report must be validated prior to use in any criminal proceedings.

**Special Instructions:**  

**Gang Name:**

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER. FOR ANY QUESTIONS, PLEASE CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**



**The information in this report must be validated prior to use in any criminal proceedings.**